PEOPLE *v.* BOARD OF EDUCATION OF THE INTER-
MEDIATE SCHOOL DISTRICT OF ST. CLAIR COUNTY

Appeal from Ingham, Marvin J. Salmon, J. Submitted Division 2 February 4, 1969, at Lansing. (Docket No. 4,597.) Decided March 24, 1969. Leave to appeal denied June 10, 1969. See 382 Mich 759.

Complaint by the people of the state of Michigan against the Board of Education of the Intermediate School District of St. Clair County for a writ of mandamus to compel the holding of a certain school district reorganization election. Writ granted. Defendant appeals. Appeal dismissed as moot.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Eugene Krasicky* and *James J. Wood,* Assistant Attorneys General, for the people.

*Marshall Barrymore,* for defendant.

BEFORE: QUINN, P. J. and McGREGOR and V. J. BRENNAN, JJ.

PER CURIAM. By order of this Court, the above cause was consolidated on appeal with *Board of Education of the Intermediate School District of St. Clair County v. Board of Education of the Inter-*

*mediate School District of Lapeer County, ante.*
Our decision in the latter case makes moot the
question presented by *People* v. *Board of Education
of the Intermediate School District of St. Clair
County* and the appeal in the latter case is dismissed.